# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK THOMAS

NO. 2026 KW 0324

**MAY 4, 2026**

---

In Re:    Mark Thomas, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-CR-354.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court ruling, indictment, court minutes, transcripts, and any other documents from the record that might support his claim. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue must be filed on or before July 9, 2026, and should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT